IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
          )
      Plaintiff,      )
          )
      v.      )      4:26CV00725 SRC
          )
Approximately $591,993.25 U.S.      )
Currency, et al.      
          )
      Defendant.      )

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 13, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 02, 2026 at St. Louis, MO.

_Stephanie Haar_____
Stephanie Haar
Forfeiture Specialist

Attachment 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION
## COURT CASE NUMBER: 4:26CV00725 SRC; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$591,993.25 U.S. Currency which was seized on or about July 31, 2024 in Beverly Hills, CA (24-DEA-714278)

$65,915.93 U.S. Currency in lieu of 23.918357 Ethereum (ETH) which was seized on or about July 31, 2024 in Beverly Hills, CA (24-DEA-714712)

$572,010.00 U.S. Currency which was seized on or about August 20, 2024 in Santa Monica, CA (24-DEA-714773)

$249,980.00 U.S. Currency which was seized on or about August 28, 2024 in Santa Monica, CA(24-DEA-714931)

$555,000.00 from JPMorgan Chase Bank, N.A., Acct...8723 which was seized on or about August 22, 2024 in Monroe, LA (24-DEA-714964)

$4,389,279.46 U.S. Currency in lieu of 40.133016 Bitcoin (BTC) which was seized on or about July 31, 2024 in Beverly Hills, CA (24-DEA-715006)

Assorted Jewelry, including the following items (24-DEA-715016):
- 1 Diamond and 14k (tested) white gold bracelet/necklace link. (16) 1.1 to 2.3mm round diamonds;
- 1 Pair of diamond and 14k (stamped) white gold stud earrings. (2) round lab grown diamonds.;
- 1 Pair of diamond and 14k (stamped) yellow gold clover motif stud earrings. 15.8mm in diameter. (88);
- 1 Pair of diamond and 18k (tested) white gold stud earrings. 8.8 x 8.8mm square.;
- 1 Diamond and 14k (tested) yellow gold ring. Center emerald cut diamond, estimated 0.44 carats;
- 1 Diamond ad 14k (tested) white gold eternity band ring. (22) 4 x 3mm emerald cut diamonds;
- 1 Diamond ad 14k (tested) white gold eternity band ring. (22) 4 x 3mm emerald cut diamonds.;
- 1 Diamond and 14k (stamped) yellow gold Cuban link necklace. 16 inches long, 7.2mm wide.;
- 1 Cultured freshwater pearl elastic bracelet. (27) 7mm freshwater pearls (good). 7.5 inch.;
- 1 18k (stamped) yellow gold Van Cleef and Arpels five motif Alhambra bracelet. 7 1/2 inches long;
- 1 18k (stamped) yellow gold and black onyx  Van Cleef and Arpels five motif

Alhambra bracelet.;
- 1 Freshwater cultured pearl necklace with 14k yellow gold clasp. (43) 9.5-10.0mm off-round pearls;
- 1 18k (stamped) yellow gold and diamond Cartier Juste Un Clou bangle. Size 17.;
- 1 18k (stamped) white gold and diamond Cartier Juste un clou bangle. Size 17.;
- 1 Platinum (stamped) and diamond engagement ring. Center 8.25 carat oval diamond, GIA certified,;
- 1 Stainless steel and custom diamond Rolex DateJust watch. 36mm case, pave' diamond dial,;
- 1 8k Rose gold Rolex Day-Date watch. 40mm case with fluted gold bezel, olive green Roman dial,, Ser No: 915510J1;
- 1 Stainless steel and 18k yellow gold Rolex DateJust watch, 36mm in diameter, Ser No: 7180505/W469894;
- 1 Diamond and 14k (stamped) white gold pendant and chain. Center emerald cut diamond 6.5 x 4.5 x 3.3mm
which was seized on or about July 31, 2024 in Beverly Hills, CA

$693,404.42 U.S. Currency in lieu of 6.34009597 Bitcoin (BTC) which was seized on or about July 29, 2024 in Oakland, CA (24-DEA-715056)

$495,020.00 U.S. Currency which was seized on or about September 23, 2024 in Los Angeles, CA (24-DEA-715534)

$1,371,017.00 U.S. Currency which was seized on or about September 23, 2024 in Camarillo, CA (24-DEA-715535)

$980,125.00 U.S. Currency which was seized on or about September 23, 2024 in Camarillo, CA (24-DEA-715536)

$293,050.00 U.S. Currency which was seized on or about September 26, 2024 in Temple City, CA (24-DEA-715700)

Richard Mille "Bubba Watson" Wristwatch Ser No: RM-055 Ti/1534, including the following items (24-DEA-715770):
- 1 Richard Mille RM055 "Bubba Watson" White Ceramic watch;
- Skeletonized Calibre RMUL2 manual, Ser No: 1534
which was seized on or about September 23, 2024 in Los Angeles, CA

$590,963.84 from CashApp Account #...0yzq which was seized on or about July 29, 2024 in Oakland, CA (24-DEA-716518)

$358,327.00 U.S. Currency which was seized on or about November 05, 2024  in Pasadena, CA (25-DEA-716629)

$160,000.00 U.S. Currency which was seized on or about April 03, 2025 in El Monte, CA (25-DEA-719765)

$68,810.00 U.S. Currency which was seized on or about June 10, 2025 in Pasadena, CA (25-DEA-721339)

$110,000.00 U.S. Currency which was seized on or about July 08, 2025 in Pasadena, CA (25-DEA-722071)

.21775 Bitcoin (BTC), which was seized on or about August 04, 2025 at in St. Louis, MO (25-DEA-722892)

$956,059.79 Check from Preferred Bank which was seized on or about November 04, 2025 in St. Louis, MO (26-DEA-725320)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (May 13, 2026) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 111 South 10th St., Suite 3.300, St. Louis, MO  63102, and copies of each served upon Assistant United States Attorney Ricardo Dixon, Thomas F. Eagleton Courthouse, 111 South Tenth Street, 20th Floor, St. Louis, MO  63102, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Ricardo Dixon, Thomas F. Eagleton Courthouse, 111 South Tenth Street, 20th Floor, St. Louis, MO  63102.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 13, 2026 and June 11, 2026.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Approximately $591,993.25 U.S. Currency, et al.

**Court Case No:**      4:26CV00725 SRC
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/13/2026 | 24.0 | Verified |
| 2 | 05/14/2026 | 23.9 | Verified |
| 3 | 05/15/2026 | 23.9 | Verified |
| 4 | 05/16/2026 | 24.0 | Verified |
| 5 | 05/17/2026 | 24.0 | Verified |
| 6 | 05/18/2026 | 24.0 | Verified |
| 7 | 05/19/2026 | 23.9 | Verified |
| 8 | 05/20/2026 | 24.0 | Verified |
| 9 | 05/21/2026 | 23.9 | Verified |
| 10 | 05/22/2026 | 23.9 | Verified |
| 11 | 05/23/2026 | 23.8 | Verified |
| 12 | 05/24/2026 | 24.0 | Verified |
| 13 | 05/25/2026 | 23.9 | Verified |
| 14 | 05/26/2026 | 24.0 | Verified |
| 15 | 05/27/2026 | 23.9 | Verified |
| 16 | 05/28/2026 | 23.9 | Verified |
| 17 | 05/29/2026 | 24.0 | Verified |
| 18 | 05/30/2026 | 23.9 | Verified |
| 19 | 05/31/2026 | 23.9 | Verified |
| 20 | 06/01/2026 | 24.0 | Verified |
| 21 | 06/02/2026 | 23.9 | Verified |
| 22 | 06/03/2026 | 23.9 | Verified |
| 23 | 06/04/2026 | 24.0 | Verified |
| 24 | 06/05/2026 | 23.9 | Verified |
| 25 | 06/06/2026 | 24.0 | Verified |
| 26 | 06/07/2026 | 23.9 | Verified |
| 27 | 06/08/2026 | 24.0 | Verified |
| 28 | 06/09/2026 | 23.9 | Verified |
| 29 | 06/10/2026 | 23.9 | Verified |
| 30 | 06/11/2026 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.