UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
     )
      Plaintiff,      )
     )
      v.      )     No.    4:26-cv-00725 SRC
     )
APPROXIMATELY FIVE HUNDRED,    )
NINETY-ONE THOUSAND, NINE    )
HUNDRED NINETY-THREE DOLLARS   )
AND TWENTY-FIVE CENTS IN U.S.    )
CURRENCY ($591,993.25), et al.,    )
     )
      Defendants.      )

## REQUEST TO ENTER DEFAULT

To:   Clerk of Court

Plaintiff, the United States of America, hereby requests that you enter a default, pursuant to Federal Rule of Civil Procedure 55(b), against the following defendant property and all other persons and entities having an interest in the defendant property for failure to file a claim or answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

     a.      Approximately $591,993.25 U.S. Currency;
     b.      $65,915.93 U.S. Currency in lieu of 23.918357 Ethereum;
     c.      Approximately $572,010.00 U.S. Currency;
     d.      Approximately $249,980.00 U.S. Currency;
     e.      $555,000.00 from JPMorgan Chase Bank acct….8723;
     f.      $4,389,279.46 U.S. Currency in lieu of 40.133016 Bitcoin;
     g.      $693,404.42 U.S. Currency in lieu of 6.34009597 Bitcoin;
     h.      Approximately $495,020.00 U.S. Currency;
     i.      Approximately $1,371,017.00 U.S. Currency;
     j.      Approximately $980,125.00 U.S. Currency;
     k.      Approximately $293,050.00 U.S. Currency;
     l.      $590,963.84 from CashApp Account #C_0mc2x0yzq;
     m.      Approximately $358,327.00 U.S. Currency;
     n.      Approximately $160,000.00 U.S. Currency;

o.      Approximately $68,810.00 US Currency;

p.      Approximately $110,000.00 US Currency;

q.      .21775 Bitcoin (BTC);

r.      $956,059.79 Check from Preferred Bank;

s.      Assorted Jewelry, further described as:

   i. Diamond and 14k (tested) white gold bracelet/necklace link;

  ii.      Pair of diamond and 14k (stamped) white gold stud earrings;

 iii.      Pair of diamond and 14k (stamped) yellow gold clover motif stud earrings;

 iv.      Pair of diamond and 18k (tested) white gold stud earrings;

  v.      Diamond and 14k (tested) yellow gold ring. Center emerald cut diamond;

 vi.      Diamond ad 14k (tested) white gold eternity band ring;

 vii.      Diamond ad 14k (tested) white gold eternity band ring;

viii.      Diamond and 14k (stamped) yellow gold Cuban link necklace;

 ix.      Cultured freshwater pearl elastic bracelet;

  x.      18k (stamped) yellow gold Van Cleef and Arpels five motif Alhambra bracelet;

 xi.      18k (stamped) yellow gold and black onyx Van Cleef and Arpels five motif Alhambra bracelet;

 xii.      18k (stamped) yellow gold and diamond Cartier Juste Un Clou bangle;

xiii.      18k (stamped) white gold and diamond Cartier Juste un clou bangle;

xiv.      Platinum (stamped) and diamond engagement ring. Center 8.25 carat oval diamond;

 xv.      Stainless steel and custom diamond Rolex DateJust watch, SN: 7123458;

xvi.      Stainless steel and 18k yellow gold Rolex DateJust watch, SN: 7180505/W469894;

xvii.      Diamond and 14k (stamped) white gold pendant and chain; and

xviii.      Richard Mille "Bubba Watson" Wristwatch, SN: RM-055 Ti/1534.


Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Ricardo Dixon*
RICARDO DIXON, #70026(MO)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone: (314) 539-2200
Ricardo.Dixon@usdoj.gov