UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY FIVE HUNDRED, NINETY-ONE THOUSAND, NINE HUNDRED NINETY-THREE DOLLARS AND TWENTY-FIVE CENTS IN U.S. CURRENCY ($591,993.25) et al.,<br><br>Defendants. | ) | Case No. 4:26-cv-00725-SRC |

**<u>Order</u>**

The United States moves the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of final judgment by default. *See* Fed. R. Civ. P. 55(b)(2). The United States has shown that reasonable cause exists for the seizure of the defendant property, *see* doc. 24, and the Clerk of the Court has entered a default in this action, doc. 22.

Accordingly, the Court grants the United States's [23] Motion for Default Judgment and orders:

(1) That a judgment by default is entered against the following defendant property:

a. Approximately $591,993.25 U.S. Currency;
b. $65,915.93 U.S. Currency in lieu of 23.918357 Ethereum;
c. Approximately $572,010.00 U.S. Currency;
d. Approximately $249,980.00 U.S. Currency;
e. $555,000.00 from JPMorgan Chase Bank acct….8723;
f. $4,389,279.46 U.S. Currency in lieu of 40.133016 Bitcoin;
g. $693,404.42 U.S. Currency in lieu of 6.34009597 Bitcoin;
h. Approximately $495,020.00 U.S. Currency;
i. Approximately $1,371,017.00 U.S. Currency;
j. Approximately $980,125.00 U.S. Currency;

k. Approximately $293,050.00 U.S. Currency;
l. $590,963.84 from CashApp Account #C_0mc2x0yzq;
m. Approximately $358,327.00 U.S. Currency;
n. Approximately $160,000.00 U.S. Currency;
o. Approximately $68,810.00 US Currency;
p. Approximately $110,000.00 US Currency;
q. .21775 Bitcoin (BTC);
r. $956,059.79 Check from Preferred Bank;
s. Assorted Jewelry, further described as:
    i. Diamond and 14k (tested) white gold bracelet/necklace link;
    ii. Pair of diamond and 14k (stamped) white gold stud earrings;
    iii. Pair of diamond and 14k (stamped) yellow gold clover motif stud earrings;
    iv. Pair of diamond and 18k (tested) white gold stud earrings;
    v. Diamond and 14k (tested) yellow gold ring. Center emerald cut diamond;
    vi. Diamond ad 14k (tested) white gold eternity band ring;
    vii. Diamond ad 14k (tested) white gold eternity band ring;
    viii. Diamond and 14k (stamped) yellow gold Cuban link necklace;
    ix. Cultured freshwater pearl elastic bracelet;
    x. 18k (stamped) yellow gold Van Cleef and Arpels five motif Alhambra bracelet;
    xi. 18k (stamped) yellow gold and black onyx Van Cleef and Arpels five motif Alhambra bracelet;
    xii. 18k (stamped) yellow gold and diamond Cartier Juste Un Clou bangle;
    xiii. 18k (stamped) white gold and diamond Cartier Juste un clou bangle;
    xiv. Platinum (stamped) and diamond engagement ring. Center 8.25 carat oval diamond;
    xv. Stainless steel and custom diamond Rolex DateJust watch, SN: 7123458;
    xvi. Stainless steel and 18k yellow gold Rolex DateJust watch, SN: 7180505/W469894;
    xvii. Diamond and 14k (stamped) white gold pendant and chain; and
    xviii. Richard Mille "Bubba Watson" Wristwatch, SN: RM-055 Ti/1534.

(2) That all persons claiming any right, title or interest in or to the defendant property are held in default;

(3) That the defendant property is forfeited to the United States of America; and

(4) That the defendant property be disposed of according to law.

So ordered this 25th day of August 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE